AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOHN A. GRACE,
        Plaintiff,

v.

MICHAEL ZIDACK,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-016-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED a judgment of dismissal with prejudice of the Amended Complaint and the claims therein is entered.

August 6, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters